IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREW HERRING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO.  2:17cv291-CSC |
| | ) |
| HEALTH SERVICES INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the joint stipulation for dismissal filed on August 31, 2017, it is

ORDERED and ADJUDGED that this case be and is hereby DISMISSED with prejudice, each party to bear its own costs.  It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as moot.

Done this 1st day of September, 2017.

                          /s/Charles S. Coody
                        CHARLES S. COODY
                        UNITED STATES MAGISTRATE JUDGE